CURTIS R. TINGLEY (SBN 112322)
*ctingley@tingleylawgroup.com*
STEPHEN D. COLLINS (SBN 277482)
*scollins@tingleylawgroup.com*
KEVIN W. ISAACSON (SBN 281067)
*kisaacson@tingleylawgroup.com*
TINGLEY LAW GROUP, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:  (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants
DLS TRANSPORTATION INC.;
AMERIGO NAAMI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| VINCENT K. TYLOR,<br><br>Plaintiff,<br><br>v.<br><br>DLS TRANSPORTATION INC., a California Corporation; AMERIGO NAAMI; and DOES 1 through 10,<br><br>Defendants. | CASE NO. SACV15-00957 JLS GJS<br><br>**ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

COME NOW Defendants DLS TRANSPORTATION INC. and AMERIGO NAAMI (hereinafter "DEFENDANTS"), to herewith answer the Complaint:

## I. THE PARTIES

1. Answering Paragraph 1 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

2. Answering Paragraph 2 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

3. Answering Paragraph 3 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

4. Answering Paragraph 4 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

5. Answering Paragraph 5 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

6. Answering Paragraph 6 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

7. Answering Paragraph 7 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

## II. JURISDICTION AND VENUE

8. Answering Paragraph 8 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

9. Answering Paragraph 9 of Plaintiff's Complaint, DEFENDANTS are

without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

10. Answering Paragraph 10 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

11. Answering Paragraph 11 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

12. Answering Paragraph 12 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

13. Answering Paragraph 13 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

## III. FACTUAL ALLEGATIONS

14. Answering Paragraph 14 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

15. Answering Paragraph 15 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

16. Answering Paragraph 16 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

17. Answering Paragraph 17 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

18. Answering Paragraph 18 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

19. Answering Paragraph 19 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

20. Answering Paragraph 20 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

21. Answering Paragraph 21 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

22. Answering Paragraph 22 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

23. Answering Paragraph 23 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

24. Answering Paragraph 24 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

25. Answering Paragraph 25 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

26. Answering Paragraph 26 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

27. Answering Paragraph 27 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

28. Answering Paragraph 28 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

29. Answering Paragraph 29 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

30. Answering Paragraph 30 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

31. Answering Paragraph 31 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

32. Answering Paragraph 32 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

33. Answering Paragraph 33 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

34. Answering Paragraph 34 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

## IV. COPYRIGHT INFRINGEMENT PURSUANT TO 17 U.S.C. §§ 106 AND 501

35. Answering Paragraph 35 of Plaintiff's Complaint, DEFENDANTS incorporate here by reference and reallege their answers to paragraphs 1 through 34 of Plaintiff's Complaint.

36. Answering Paragraph 36 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations

1  contained therein.

2      37.    Answering Paragraph 37 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

    38.    Answering Paragraph 38 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

    39.    Answering Paragraph 39 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

    40.    Answering Paragraph 40 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

    41.    Answering Paragraph 41 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

    42.    Answering Paragraph 42 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

    43.    Answering Paragraph 43 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

    44.    Answering Paragraph 44 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

    45.    Answering Paragraph 45 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

## **AFFIRMATIVE DEFENSES**

    1.    As for a first, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff is barred by the Doctrine of Estoppel.

    2.    As for a second, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff is barred by the Doctrine of Unclean Hands.

3. As for a third, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff has waived any and all claims and is barred and estopped from alleging the matters set forth in the Complaint.

4. As for a fourth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that, at all times and places mentioned herein, Plaintiff failed to mitigate the amount of damages. The damages claimed by Plaintiff could have been mitigated by due diligence on Plaintiff's part or by one acting under similar circumstances. The failure to mitigate is a bar to recovery under the Complaint.

5. As for a fifth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that each of the causes of action set forth in the Complaint is barred by the applicable statute of limitations, including 17 U.S.C § 507.

6. As for a sixth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege, on information and belief, that the sole and proximate cause of the acts complained of by Plaintiff were due to the acts and/or omissions of persons and entities other than DEFENDANTS.

7. As for a seventh, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that the causes of action set forth in the Complaint are, and each of them is, barred in whole or in part by the privilege of fair competition.

8. As for an eighth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS alleges that Plaintiff was negligent, careless, reckless, or otherwise at fault in and about the matters alleged in the Complaint.

9. As for a ninth, separate and distinct affirmative defense to the

Complaint, and each and every count therein, DEFENDANTS allege that this Court lacks venue.

10. As for a tenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that the Copyright Registrations alleged in the Complaint were improperly filed with the United State Copyright Office, if they were filed at all.

11. As for an eleventh, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff is barred by the Doctrine of Laches as Plaintiff has known about these answering DEFENDANTS and their activities for several years and has known about the works available to the public at large for many years prior to this time.

12. As for a twelfth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff's claims are barred as the works in question are in the public domain and have lost any copyright protection that they might have had.

13. As for a thirteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff's claims are barred by the First Sale Doctrine.

14. As for a fourteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that their actions fall within the Fair Use Doctrine, thereby invalidating the cause of action set forth in the Complaint.

15. As for a fifteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff has abandoned its alleged rights in the works.

16. As for a sixteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff is barred by the Doctrine of Innocent Intent and that these answering

DEFENDANTS acted with innocent intent in the actions which were taken with respect to the works in question and made reasonable efforts to ensure that they were not required to obtain additional "permission" to use any of the alleged copyrighted works set forth in the Complaint.

17. As for a seventeenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff is barred by the Doctrine of Waiver as a result of his conduct as described herein.

18. As for an eighteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege Plaintiff's claims fail as the alleged copyright is invalid.

19. As for a nineteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS state that they are informed and believe, and upon such basis allege, that Plaintiff has not obtained any grant of rights from the copyright owner of the work(s) in question in this matter or third parties have superior rights to said work(s) and that Plaintiff lacks standing.

20. As for a twentieth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege Plaintiff has not complied with the statutory formalities of either the Copyright Act of 1909 or the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

21. As for a twenty-first, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that, due to the timing of Plaintiff's purported registration of its alleged copyrights, he is barred from claiming or receiving attorney's fees and statutory damages under 17 U.S.C. § 412.

22. As for a twenty-second, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that they have no control over some of the allegedly infringing conduct which is allegedly occurring on third-party Web sites over which DEFENDANTS have no control.

WHEREFORE, these answering DEFENDANTS pray for judgment as follows:

1. That Plaintiff's request for damages is denied.
2. That Plaintiff's request for injunctive relief is denied;
3. For reasonable attorney's fees and costs of suit incurred therein; and
4. For such other and further relief as the Court deems proper.

Dated:  September 18, 2015               TINGLEY LAW GROUP, PC


                                         By: /s/ Kevin W. Isaacson
                                         KEVIN W. ISAACSON
                                         Attorneys for Defendants

## **DEMAND FOR JURY TRIAL**

DEFENDANTS hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Court.

Dated: September 18, 2015        TINGLEY LAW GROUP, PC

By: /s/ Kevin W. Isaacson
KEVIN W. ISAACSON
Attorneys for Defendants