# DENIED

## BY ORDER OF THE COURT
### NO SHOWING OF GOOD CAUSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| VINCENT K. TYLOR,<br><br>               Plaintiff,<br><br>    v.<br><br>DLS TRANSPORTATION INC., a California Corporation; AMERIGO NAAMI; and DOES 1 through 10,<br><br>               Defendants. | CASE NO. SACV15-00957 JLS GJS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |

Having considered the Stipulation to Continue Trial and Pretrial Deadlines,

IT IS HEREBY ORDERED that the existing Trial and Pretrial Deadlines are continued as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery Cut-Off: | May 17, 2016 | July 18, 2016 *solely for purposes of Defendant taking the telephonic oral deposition of Plaintiff Vincent K. Tylor* |
| Last Day to Serve Initial Expert Reports: | May 31, 2016 | August 2, 2016 |
| Last Day to Serve Rebuttal Expert Reports: | June 28, 2016 | August 29, 2016 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine: | May 27, 2016 | July 29, 2016 |
| Last Day to Conduct Settlement Proceedings / Mediation: | July 19, 2016 | September 19, 2016 |
| Expert Discovery Cut-Off: | July 22, 2016 | September 23, 2016 |
| Last Day to File *Daubert* Motions: | July 29, 2016 | September 30, 2016 |
| Last Day to File Motions in Limine (excluding *Daubert* Motions): | August 19, 2016 | October 21, 2016 |
| Pretrial Conference: | September 16, 2016 1:30 p.m. | November 18, 2016 1:30 p.m. |
| Exhibit Conference | October 7, 2016 3:30 p.m. | December 9, 2016 3:30 p.m. |
| Jury Trial: | October 11, 2016 9:00 a.m. | December 12, 2016 9:00 a.m. |

# DENIED

## BY ORDER OF THE COURT

Dated: May 13, 2016

_____

Josephine L. Staton
United States District Judge

TINGLEY LAW GROUP
ATTORNEYS AT LAW