Anthony M. Keats (SBN 123672)
akeats@stubbsalderton.com
Stubbs Alderton & Markiles, LLP
1453 3rd Street Promenade, Suite 300
Santa Monica, CA 90401 - Tel.: (310) 746-9802

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vincent K. Tylor,<br><br>Plaintiff(s)<br>v.<br><br>DLS Transportation, Inc., et al,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 15-00957 JLS (GJSx)<br><br>MEDIATION REPORT |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): July 12, 2016 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☑ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      - ☐ Plaintiff or plaintiff's representative failed to appear.
      - ☐ Defendant or defendant's representative failed to appear.
      - ☐ Other:

3. Did the case settle?
   - ☐ Yes, fully, on _____ (date). The parties are preparing settlement documents.
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   Currently in communication with the parties.

Dated: August 12, 2016

/s/ Anthony M. Keats
Signature of Mediator

Anthony M. Keats
Name of Mediator (print)

The Mediator is to electronically file original document.