Adam I. Gafni, Cal. Bar No. 230045
LAW OFFICES OF ADAM I. GAFNI
2811 Wilshire Blvd., Suite 780
Santa Monica, California 90403
Tel: (424) 744-8344
Fax: (424) 488-1344
E-mail: adam@gafnilaw.com

Attorneys for Plaintiff, VINCENT K. TYLOR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VINCENT K. TYLOR,<br><br>Plaintiff,<br><br>v.<br><br>DLS TRANSPORTATION INC., a California Corporation; AMERIGO NAAMI; and DOES 1 through 10<br><br>Defendants. | **Case No.: 8:15-cv-00957**<br><br>Assigned to the Honorable Josephine L. Staton<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>All proceedings stayed by previous order of the Court |

    Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Confidential Settlement Agreement and Mutual Release by and among Plaintiff VINCENT K. TYLOR ("Tylor") and Defendant AMERIGO NAAMI ("Naami"), Tylor by and through his attorneys files this Stipulation and Dismissal of the Action With Prejudice as to Defendant Naami.

    WHEREAS Tylor and Naami reached a full settlement of this case (the "Action") and, in that regard, signed a Settlement Agreement and Mutual Release dated September 23, 2016 (the "Settlement");

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Tylor and Naami, through their respective counsel of record, subject to

the Court's order pursuant to F.R.C.P. 41(a)(2), that this Action shall be dismissed with prejudice as to Naami and without prejudice as to the Doe Defendants. Each Party to bear his or its own costs of suit and attorneys' fees.

Dated: October 24, 2016          TINGLEY LAW GROUP, PC
_____

                                          By /s/Stephen Collins_____
                                             STEPHEN COLLINS
                                             Attorneys for Defendant
                                             AMERIGO NAAMI

Dated: October 24, 2016          LAW OFFICES OF ADAM I. GAFNI
_____

                                          By:/s/ *Adam I. Gafni*_____
                                             ADAM I. GAFNI
                                             Attorney for Plaintiff
                                             VINCENT K. TYLOR